# UNITED STATES DISTRICT COURT
## for the
Middle District of North Carolina

_____ Division

FILED
NOV 3 0 2023

IN THIS OFFICE
Clerk U.S. District Court
Greensboro, N. C.
By

Darrell Bernard Cooper

*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint.*
*If the names of all the plaintiffs cannot fit in the space above,*
*please write "see attached" in the space and attach an additional*
*page with the full list of names.)*

-v-

See Attached

*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the*
*names of all the defendants cannot fit in the space above, please*
*write "see attached" in the space and attach an additional page*
*with the full list of names. Do not include addresses here.)*

Case No. _____

*(to be filled in by the Clerk's Office)*

)
)
)
)
)
)
)
)
)
)
)
)
)
)

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Prisoner Complaint)

---

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

---

# Front Page
## Defendants

1. Lawanda Sanyang
2. LaDonna Price
3. Robin Walton
4. Anthony Poole
5. Elizabeth Kennedy-Gurnee
6. Denine Nicholson
7. Quiesha Navonne Lewis
8. Christy Mallott
9. Shevonna R. Thomas
10. Jessica L. Roper
11. Maggie Cveticanin

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name    DARRELL BERNARD COOPER

All other names by which
you have been known:

ID Number    BG3277

Current Institution    DURHAM COUNTY DET. FACILITY

Address    510 S. DILLARD ST / BOX 1771

   DURHAM    NC    27702
      *City*      *State*     *Zip Code*

### B. The Defendant(s) *See Attached*

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title *(if known)* and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

Name    *Lawanda Sanyang*

Job or Title *(if known)*    Supervisor / Authorized Rep of DSS Director

Shield Number    N/A

Employer    Durham County Social Services

Address    414 East Main Street

   Durham    NC    27701
      *City*      *State*     *Zip Code*

[✓] Individual capacity    [✓] Official capacity

Defendant No. 2

Name    *LaDonna Price*

Job or Title *(if known)*    Social worker

Shield Number    N/A

Employer    Durham County Social Services

Address    414 East Main Street

   Durham    NC    27701
      *City*      *State*     *Zip Code*

[✓] Individual capacity    [ ] Official capacity

# B. The Defendants

Defendant No.5 - Individual + official capacity

Name - Elizabeth Kennedy-Gurnee
Job or Title- Senior Assistant County Attorney
Shield Number - N/A
Employer - Durham County
Address- 200 East Main Street, 4th Floor
          Durham, North Carolina 27701

Defendant No.6 - Individual + official capacity

Name-Denine Nicholson
Job or Title - Guardian ad Litem Supervisor
Shield Number - N/A
Employer - Durham County
Address - 510 S. Dillard St. 5th Floor
          Durham, North Carolina 27701

# B. The Defendants

Defendant No. 7 - Individual + Official Capacity

Name - Quiesha Navonne Lewis
Job or Title - Guardian ad Litem
Shield Number - N/A
Employer - Durham County
Address - 510 S. Dillard St. 5th Floor
　　　　　Durham, North Carolina 27701

Defendant No. 8 - Individual + Official Capacity

Name - Christy Mallott
Job or Title - Guardian ad Litem Attorney Advocate
Shield Number - N/A
Employer - Durham County
Address - 510 S. Dillard St. 5th Floor
　　　　　Durham, North Carolina 27701

# B. The Defendants

Defendant No. 9 - Individual + Official Capacity

Name - Shevonna Thomas, MSA
Job or Title - CPS - Assessments and Investigator
Shield Number - N/A
Employer - Durham County Social Services
Address - 414 East Main Street
Durham, North Carolina 27701

Defendant No. 10 - Individual + Official Capacity

Name - Jessica L. Roper
Job or Title - Social Worker
Shield Number - N/A
Employer - Durham County Social Services
Address - 414 East Main Street
Durham, North Carolina 27701

Defendant No. 11 - Individual + Official Capacity

Name - Maggie Cveticanin
Job or Title - Director of Durham DSS
Shield Number - N/A
Employer - Durham County Social Services
Address - 414 East Main Street - Durham, North Carolina 27701

Defendant No. 3
Name — *Robin Walton*
Job or Title *(if known)* — *Social worker*
Shield Number — *NA*
Employer — *Durham County Social Services*
Address — *414 East Main Street*
*Durham* ___ *NC* ___ *27701*
City ___ State ___ Zip Code
☑ Individual capacity  ☑ Official capacity

Defendant No. 4
Name — *Anthony Poole*
Job or Title *(if known)* — *Social work supervisor*
Shield Number — *Social Work Supervisor*
Employer — *Durham County Social Services*
Address — *414 East Main Street*
*Durham* ___ *NC* ___ *27701*
City ___ State ___ Zip Code
☑ Individual capacity  ☑ Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against *(check all that apply)*:

☐ Federal officials (a *Bivens* claim)

☑ State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

*4th and 14th Amendments of the U.S. Constitution, supervisory liability under Section 1983, Negligence under N.C. common law, Section 1985 Conspiracy, intentional infliction of emotional distress, negligence, Gender discrimination, N.C.G.S. 7B-100(1) and (2)*

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

*N.C.G.S. 7B-506(b) and N.C.G.S. 1A-1, Rule 3*

# II Basis for Jurisdiction (D)

1. Lawanda Sanyang, social work supervisor acted under color of State or local law as a social worker for Durham DSS and an Authorized Representative of the Durham DSS Director.

2. Maggie Cveticanin, Director of DSS acted under color of state or local law by making Lawanda Sanyang an Authorized Representative of the Durham DSS Director and giving Sanyang full backing and support from Durham DSS.

3. La Donna Price, social worker acted under color of state or local law by following supervisor's orders and proceeding with Durham DSS course of action in situation.

4. Robin Walton, Social Worker acted under color of state or local law by following supervisor's orders and proceeding with Durham DSS course of action in situation after fromer DSS social worker Jonnie Rhodes refused to be dishonest in reports.

## II Basis for Jurisdiction (D)

5. Anthony Poole, Social Work Supervisor acted under color of state or local law by failing to intervene in DSS course of action in situation that was harmful to Plaintiff.

6. Elizabeth Kennedy-Gurnee, Senior Assistant County Attorney acted under color of state or local law by approving the filing of Durham DSS documents to the Courts and other legal tasks.

7. Christy Mallott, Attorney Advocate acted under color of state or local law by being bias and discriminatory advocacy of Plaintiff when having the chance to intervene in harmful acts to Plaintiff in Durham DSS course of action.

8 and 9. Quiesha Navonne Lewis and Denine Nicholson, GAL Supervisor acted under color of state or local law by supporting Christy Mallot's biased and discriminatory advocacy of Plaintiff in Durham DSS course of action.

## II Basis for Jurisdiction (D)

10. Shevonna R. Thomas-MSA CPS-Assessments and Investigator acted under color of state or local law by abusing, inflating, and misrepresenting her authority and Durham DSS legal power.

11. Jessica Roper, social worker acted under color of state or local law by following supervisor's orders and proceeding with Durham DSS course of action that were harmful to Plaintiff.

*N/A*

---

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens,* explain how each defendant acted under color of federal law. Attach additional pages if needed.

*See Attached*

---

## III. Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

- [x] Pretrial detainee
- [ ] Civilly committed detainee
- [ ] Immigration detainee
- [ ] Convicted and sentenced state prisoner
- [ ] Convicted and sentenced federal prisoner
- [ ] Other *(explain)* _____

## IV. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. If the events giving rise to your claim arose outside an institution, describe where and when they arose.

*Around April 2021 until present; still ongoing with Durham DSS in District & Superior Courts.*

B. If the events giving rise to your claim arose in an institution, describe where and when they arose.

*Around April 2021 until present; still ongoing with Durham DSS in District & Superior Courts.*

# IV. Statement of Claim

D. My kids were taken under false pretense and then Plaintiff was charged in criminal proceedings. This is how the following people were involved:

Lawanda Sanyang - Defendant, along with counsel, submitted an Initial Juvenile Petition on 6/17/2021, order granting Petition of 6/17/2021, and records from Judicial District 14, Durham County Dispositional Hearing Court Report says petition happened on 6/21/2021. The Petition and Order was signed by the same magistrate and neither documents have "Filed" stamp confirming it is a court record. DSS and its employees failed and refused to conduct a prompt, fair, and thorough investigation by intentionally declining to rely on factual and actual information. Defendants were acting to separate plaintiff's family and endanger the children by stating fraudulent facts under oath in the Juvenile Petition to circumvent the provisions of the uniform child-custody Jurisdiction and Enforcement Act because Plaintiff had full custody of children and DV protection order on Mother in which Mother violated and was arrested. These false defamatory statements of or concerning plaintiff which were published to a third person and causing injury to the plaintiff's reputation.

# IV. Statement of Claim (D continued)

Ladonna Price - Defendant supported and followed supervisor's orders and proceeded with Durham DSS course of action which was to separate plantiff's family at all cost. Defendant refused to assist in helping plantiff communicate with kids or recieve updates in a prompt and fair manner.

Robin Walton - Defendant conspired with DSS supervisor and supported and followed supervisor's orders and proceeded with Durham DSS course of action in situation after fromer DSS Social Worker Jonnie Rhodes refused to be dishonest in reports. Defendant was acting to separate plantiff's family regardless of whether the evidence actually demonstrated that plantiff abused or neglected children.

Anthony Poole - Defendant was the supervisor of LaDonna Price, Jonnie Rhodes, and Robin Walton who was/were social workers for children. Defendant allowed plantiff to be discriminated based on gender because this action arises from a series of unlawful acts and occurrences described in this complaint, including the pattern and practice of Durham DSS fraudulent petitions which bring in federal grants for everyone in the system of care designed to protect children and families.

IV. Statement of Claim (D continued)

Anthony Poole (continued)

Mr. Poole's actions enabled Lawanda Sanyang to violate the sanctity of the family unit. The sanctity of the family unit is a fundamental precept firmly embedded in the constitution and shielded by the Due Process clause of the 14th Amendment. The concept of familial privacy has been restricted by the Supreme Court to (1) thwarting governmental attempts to interfere with particularly intimate family decisions, and (2) voiding government actions that sever, alter, or otherwise affect the parent/child relationship.

Quiesha Navonne Lewis, Denine Nicholson, and Christy Mallott - The defendant's failed to properly represent and advocate for the plaintiff's children or provide help to plaintiff because defendants are fundamentally corrupted by conspiring to perpetuate fraudulent facts in Durham DSS Juvenile Petition which bring in federal grants for everyone in the system of care designed to protect children and families.

# IV. Statement of Claim (D continued)

Shevonna R. Thomas, MSA-Defendant was assigned case and coerced and threatened plaintiff into signing a safety Agreement. The plaintiff was not represented by counsel at the meeting and was not able to consult with an attorney. Plaintiff agreed to sign safety agreement out of fear that plaintiff would lose children forever. Plaintiff contends that the safety Agreement contravened North Carolina law in multiple ways. For example, the safety Agreement did not include certain findings required by statute. Additionally, Plaintiff allege that Defendants failed to advise Plaintiff of the legal implications of the saftey Agreement, that defendants failed to provide plaintiff with the opportunity to consult with counsel, and that the safety Agreement was not properly reviewed by any court. Defendant has personal knowledge of and involvement in the alleged deprivation because defendant failed to investigate information in CPS intake report that resulted in Authorized Representative of the Durham DSS Director Lawanda Sanyang and Senior Assistant County Attorney Elizabeth Kennedy-Gurnee filing a fraudulent Juvenile Petition in District Court. Plaintiff followed Defendant's coerced saftey agreement by giving DSS 24 Hour Access to home, whereabouts at any given moment, and doctor's visits on demand. Schools were closed due to Covid-19.

## IV. Statement of Claim (D continued)

Elizabeth Kennedy-Gurnee - Defendant is fundamentally corrupted by approving the filing of Durham DSS documents to the courts and other legal tasks which allows DSS and it's employees to grossly abuse their powers and unleash terror on the plaintiff's family for their own purposes. Defendant allowed Durham DSS and it's employees to show a total disregard for state and federal laws and the Constitutional rights of plaintiff. Defendant's negligence resulted in the deprivation of rights secured by the U.S. Constitution and laws of the United States and those deprivations were committed under color of state or local law. The defendant's failure to exercise proper care in the performance of some legal duty which defendant owed to plaintiff under the circumstances in which they were placed with making sure Juvenile Petition on 6/17/2021 contained actual and factual information which resulted in a negligent breach of duty and injury.

Jessica L. Roper - Defendant conspired with DSS Supervisor and supported and followed supervisor's orders and proceeded with Durham DSS course of action in situation after Shevonna Thomas refused to continue DSS course of action. Defendant was acting to separate plaintiffs family, regardless of whether the evidence actually demonstrated that plaintiff abused or neglected children.

# IV. Statement of Claim (I) continued)

Maggie Cveticanin- The defendant failed to intervene in the conspiracy and negligent behavior of Durham DSS and its employees against the plaintiff. DSS employees such as Jonnie Rhodes and Shevonna R. Thomas knew of multiple frivolus and malicious reports and failed to investigate social worker's work product and competency after events happend. The failure to intervene rendered father unavailable to provide care for children, submitted children to numerous unnecessary and harmful medical procedures based on those continuing allegations, and circumvented a court order granting full custody of children to plaintiff. Durham DSS exaggerated facts and fabricated evidence to place children in government custody and subject their father, the plaintiff, to excessive force, medicial battery, harassment, extortion, psychological trauma, and slander. Defendant allowed Lawanda Sanyang to be Durham DSS Authorized Representative of the Durham DSS Director to unleash terror on the plaintiff and supported the unlawful petitioning and unlawful removal of children from DSS fraudulent petitions which bring in Federal grants for everyone in the system of care designed to protect children and families.

# V. Injuries

Plaintiff has sustained multiple Injuries related to the events alleged above as a result of the defendant's conduct. After the defendant's circumvented a court order granting plaintiff full custody of children, Plaintiff was subjected to excessive force, harassment, extortion, psychological tramua, deformation, and slander of being criminally charged based off of DSS petition and investigation, being helpless to prevent the medical battery of submitting plaintiff's children to numerous unnecessary and harmal medical procedures based on these continuing allegations. Plaintiff was denied the opportunity to provide care and love to children who was denied the care and protection of plaintiff, and plaintiff and children lost the society, companionship, comfort, guidance, kindly offices, and advise of each other.

C. What date and approximate time did the events giving rise to your claim(s) occur?

Around April 2021 until present; still ongoing with Durham DSS in District & Superior Courts.

D. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

See Attached

## V. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

See Attached

## VI. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

$80 million for the injuries and rights violated stated in this claim & $1 billion in punitive damages because of being severely damaged from situation.

**VII. Exhaustion of Administrative Remedies Administrative Procedures**

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A.  Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☑ Yes

☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

Durham County Detention Center

B.  Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☑ Yes

☐ No

☐ Do not know

C.  Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☐ Yes

☑ No

☐ Do not know

If yes, which claim(s)?

_____

D.   Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☑ Yes

☐ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes

☐ No

E.   If you did file a grievance:

1.   Where did you file the grievance?

Durham county clentention center Klosk in PODS

2.   What did you claim in your grievance?

medicial issues from stress, getting in contact with lawyers, DSS, &c

3.   What was the result, if any?

Plaintiff was denied access, information, and communication

4.   What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*

Filed more grievances

F.  If you did not file a grievance:

1.  If there are any reasons why you did not file a grievance, state them here:

N/A

2.  If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

N/A

G.  Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

I had help from Pam Grey, Jail mental Health and she was muzzled and restricted in ability to help Further, I reached out to the court and adgencies.

*(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

## VIII. Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes

☒ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

A.    Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐ Yes

☒ No

B.    If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.    Parties to the previous lawsuit

Plaintiff(s) _____

Defendant(s) _____

2.    Court *(if federal court, name the district; if state court, name the county and State)*

_____

3.    Docket or index number

_____

4.    Name of Judge assigned to your case

_____

5.    Approximate date of filing lawsuit

_____

6.    Is the case still pending?

☐ Yes

☐ No

If no, give the approximate date of disposition. _____

7.    What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

_____

C.    Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

☐ Yes

☒ No

D.     If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit
    Plaintiff(s) _____
    Defendant(s) _____

2. Court *(if federal court, name the district; if state court, name the county and State)*

_____

3. Docket or index number

_____

4. Name of Judge assigned to your case

_____

5. Approximate date of filing lawsuit

_____

6. Is the case still pending?

☐ Yes

☐ No

If no, give the approximate date of disposition _____

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

_____

## IX. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.  For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: *24 Nov 2023*

Signature of Plaintiff

Printed Name of Plaintiff  *DARRELL BERNARD COOPER*

Prison Identification #  *0283277*

Prison Address  *PO Box 771 / 510. S. Dillard St.*

*Durham*      *NC*      *27702*

            *City*           *State*          *Zip Code*

### B.  For Attorneys

Date of signing: _____

Signature of Attorney  _____

Printed Name of Attorney  _____

Bar Number  _____

Name of Law Firm  _____

Address  _____

           *City*          *State*        *Zip Code*

Telephone Number  _____

E-mail Address  _____

Request Number: 291005  Status: CLOSED  Inmate Name: DARRELL COOPER

Initial Location: 1 POD 3D 12 1  Current Location: 1 POD 4D 18 1

Inmate Number: B83277  Inmate Secondary Number:

| Stamp | Action Detail | User |
|---|---|---|

11/04/2022 10:03 am
  ORIGINAL REQUEST:
    Can I please get that copy Of all request for attorney request. Will need for the judge and future representation. Please and thank you

11/07/2022 04:15 pm  CGLASSCOCK
  CLOSED:
    It will be brought to you on our next round.  -Ofc Glasscock

---

Request Number: 291020  Status: CLOSED  Inmate Name: DARRELL COOPER

Initial Location: 1 POD 3D 12 1  Current Location: 1 POD 4D 18 1

Inmate Number: B83277  Inmate Secondary Number:

| Stamp | Action Detail | User |
|---|---|---|

11/07/2022 09:42 am
  ORIGINAL REQUEST:
    I need 8 certified mail slips please

11/07/2022 11:34 am  CGLASSCOCK
  CLOSED:
    Some will be brought to you on our next round.  -Ofc Glasscock

---

Request Number: 291095  Status: CLOSED  Inmate Name: DARRELL COOPER

Initial Location: 1 POD 3D 12 1  Current Location: 1 POD 4D 18 1

Inmate Number: B83277  Inmate Secondary Number:

| Stamp | Action Detail | User |
|---|---|---|

11/09/2022 09:14 am
  ORIGINAL REQUEST:
    I need copy's made

11/09/2022 10:19 am  CGLASSCOCK
  CLOSED:
    What are you in need of copies of?  -Ofc Glasscock

---

Request Number: 291121  Status: CLOSED  Inmate Name: DARRELL COOPER

Initial Location: 1 POD 3D 12 1  Current Location: 1 POD 4D 18 1

Inmate Number: B83277  Inmate Secondary Number:

| Stamp | Action Detail | User |
|---|---|---|

11/09/2022 11:55 am
  ORIGINAL REQUEST:
    Copies Of legal mail needed

11/09/2022 01:23 pm  CGLASSCOCK
  CLOSED:
    Someone will be to see you about your copies  -Ofc Glasscock

| Request Number: | 291158 | Status: CLOSED | Inmate Name: | DARRELL COOPER |

Initial Location: 1 POD 3D 12 1                    Current Location: 1 POD 4D 18 1

Inmate Number:    B83277                    Inmate Secondary Number:

| Stamp | Action Detail | | User | |

11/10/2022 10:32 am
    ORIGINAL REQUEST:
      Need certified mail slips please 5
11/12/2022 07:58 am                    JJACKSON
    CLOSED:
      Mr. Cooper we do not have that many at this time I will get 2 to you on Monday or Tuesday

| Request Number: | 291270 | Status: CLOSED | Inmate Name: | DARRELL COOPER |

Initial Location: 1 POD 3D 12 1                    Current Location: 1 POD 4D 18 1

Inmate Number:    B83277                    Inmate Secondary Number:

| Stamp | Action Detail | | User | |

11/14/2022 11:32 am
    ORIGINAL REQUEST:
      any dates?
11/14/2022 04:07 pm                    CGLASSCOCK
    CLOSED:
      No dates at this given time.        -Ofc Glasscock

| Request Number: | 291403 | Status: CLOSED | Inmate Name: | DARRELL COOPER |

Initial Location: 1 POD 3D 12 1                    Current Location: 1 POD 4D 18 1

Inmate Number:    B83277                    Inmate Secondary Number:

| Stamp | Action Detail | | User | |

11/16/2022 03:21 pm
    ORIGINAL REQUEST:
      I would like to know who sent the mail in money order on 11 - 15 - 22 transaction # 851329. Thanks in advance
11/17/2022 04:36 pm                    MLBAKER
    CLOSED:
      The $150.00 money order deposited on 11-15-22 was from Angela Ash.

| Request Number: | 291445 | Status: CLOSED | Inmate Name: | DARRELL COOPER |

Initial Location: 1 POD 3D 12 1                    Current Location: 1 POD 4D 18 1

Inmate Number:    B83277                    Inmate Secondary Number:

| Stamp | Action Detail | | User | |

11/17/2022 11:22 am
    ORIGINAL REQUEST:
      I need a copy of all request for Liberia Stephens please and thank you
12/06/2022 02:34 pm                    CGLASSCOCK
    CLOSED:
      It will be brought to you on our next round.        -Ofc Glasscock

| Request Number: | 291772 | Status: CLOSED | Inmate Name: | DARRELL COOPER |

Initial Location: 1 POD 3D 12 1                    Current Location: 1 POD 4D 18 1

Inmate Number:    B83277                    Inmate Secondary Number:

| Stamp | Action Detail | | User | |

| Request Number: | 297482 | Status: CLOSED | Inmate Name: | DARRELL COOPER |

Initial Location: 2 POD 4D 29 1    Current Location: 1 POD 4D 18 1

Inmate Number:    B83277    Inmate Secondary Number:

| Stamp  Action  Detail | User |

04/26/2023 10:05 am
    ORIGINAL REQUEST:
        pain from injured thumb..need more ice.  throbbing still. thank yiou
04/26/2023 07:15 pm                                    MGOURDIN
    CLOSED:
        You cant get get any more than one ice pack\day    You are getting motrin twice a day.

---

| Request Number: | 297726 | Status: CLOSED | Inmate Name: | DARRELL COOPER |

Initial Location: 2 POD 4D 29 1    Current Location: 1 POD 4D 18 1

Inmate Number:    B83277    Inmate Secondary Number:

| Stamp  Action  Detail | User |

05/02/2023 03:06 pm
    ORIGINAL REQUEST:
        Please replace funds back on my books as per state law in defending oneself from an attack from an inmate is not a
        chargeable statute. Please respond back with name and official title that way it is know who this corresponding contact is.
        Please and thank you. Re:873115 perNCPLS NC Law Medical treatment.
05/02/2023 06:44 pm                                    MSLADE
    RESPONSE:
        checking on request again. What date were funds removed and what date did you receive medical service
05/02/2023 06:46 pm                                    MSLADE
    CLOSED:
        pending

---

| Request Number: | 297961 | Status: CLOSED | Inmate Name: | DARRELL COOPER |

Initial Location: 1 POD 4D 18 1    Current Location: 1 POD 4D 18 1

Inmate Number:    B83277    Inmate Secondary Number:

| Stamp  Action  Detail | User |

05/09/2023 09:40 am
    ORIGINAL REQUEST:
        any pending court dates?
05/09/2023 02:12 pm                                    CGLASSCOCK
    CLOSED:
        The week of 6/5/23                    -Ofc Glasscock

---

| Request Number: | 298135 | Status: CLOSED | Inmate Name: | DARRELL COOPER |

Initial Location: 1 POD 4D 18 1    Current Location: 1 POD 4D 18 1

Inmate Number:    B83277    Inmate Secondary Number:

| Stamp  Action  Detail | User |

05/13/2023 10:14 am
    ORIGINAL REQUEST:
        stressed out and I need to talk with someone
05/14/2023 08:13 am                                    PGRAY
    CLOSED:
        Hi Mr. Cooper, I will come and see you.  Pam Gray, JMH Team

Case 1:23-cv-01055-TDS-JEP    Document 2    Filed 11/30/23    Page 28 of 37

| Request Number: | 297160 | Status: CLOSED | Inmate Name: | DARRELL COOPER |

Initial Location: 2 POD 4D 29 1    Current Location: 1 POD 4D 18 1

Inmate Number:    B83277    Inmate Secondary Number:

Stamp    Action Detail    User

04/18/2023 10:04 am
ORIGINAL REQUEST:
any upcoming court dates?
04/20/2023 04:03 pm    CGLASSCOCK
CLOSED:
No court dates at this time,  Please submit another request at a later date.    -Ofc Glasscock

| Request Number: | 297284 | Status: CLOSED | Inmate Name: | DARRELL COOPER |

Initial Location: 2 POD 4D 29 1    Current Location: 1 POD 4D 18 1

Inmate Number:    B83277    Inmate Secondary Number:

Stamp    Action Detail    User

04/20/2023 06:00 pm
ORIGINAL REQUEST:
Need to see optometrist for vision
04/22/2023 03:41 pm    LBURNETTE
CLOSED:
Good afternoon! You have been place on schedule for vision test. Once that is complete we will go from there.

| Request Number: | 297397 | Status: CLOSED | Inmate Name: | DARRELL COOPER |

Initial Location: 2 POD 4D 29 1    Current Location: 1 POD 4D 18 1

Inmate Number:    B83277    Inmate Secondary Number:

Stamp    Action Detail    User

04/24/2023 03:39 pm
ORIGINAL REQUEST:
I'm experiencing more pain from fight injury on right thumb... Can I get a ice bag please
04/24/2023 07:37 pm    JROBERTS
CLOSED:
You will receive a ice pack with morning med pass.

| Request Number: | 297436 | Status: CLOSED | Inmate Name: | DARRELL COOPER |

Initial Location: 2 POD 4D 29 1    Current Location: 1 POD 4D 18 1

Inmate Number:    B83277    Inmate Secondary Number:

Stamp    Action Detail    User

04/25/2023 11:52 am
ORIGINAL REQUEST:
still in pain from injury
04/26/2023 07:12 pm    MGOURDIN
CLOSED:
You get motrin  twice a day til 5\16\23

| Request Number: | 297482 | Status: CLOSED | Inmate Name: | DARRELL COOPER |

Initial Location: 2 POD 4D 29 1    Current Location: 1 POD 4D 18 1

Inmate Number:    B83277    Inmate Secondary Number:

Stamp    Action Detail    User

Case 1:23-cv-01055-TDS-JEP    Document 2    Filed 11/30/23    Page 29 of 37

| Request Number: | 295077 | Status: CLOSED | Inmate Name: | DARRELL COOPER |

Initial Location: 1 POD 3D 12 1      Current Location: 1 POD 4D 18 1

Inmate Number:    B83277      Inmate Secondary Number:

| Stamp | Action Detail | User |

02/08/2023 09:25 am
     ORIGINAL REQUEST:
       I need copies made. 30 pages please
02/13/2023 09:53 am          CGLASSCOCK
     CLOSED:
       This will be addressed on our next round      -Ofc Glasscock

---

Request Number:    295185     Status: CLOSED     Inmate Name:    DARRELL COOPER

Initial Location: 1 POD 3D 12 1      Current Location: 1 POD 4D 18 1

Inmate Number:    B83277      Inmate Secondary Number:

| Stamp | Action Detail | User |

02/11/2023 11:20 am
     ORIGINAL REQUEST:
       Can someone please come see Jesse Dixon he has no access to phone or kiosk.. Please
02/15/2023 08:40 am          CGLASSCOCK
     CLOSED:
       We are working on it. Thanks for the notifacation      -Ofc Glasscock

---

Request Number:    295269     Status: CLOSED     Inmate Name:    DARRELL COOPER

Initial Location: 1 POD 3D 12 1      Current Location: 1 POD 4D 18 1

Inmate Number:    B83277      Inmate Secondary Number:

| Stamp | Action Detail | User |

02/13/2023 04:25 pm
     ORIGINAL REQUEST:
       Need to see someone in reference social service's request
02/13/2023 05:09 pm          JMCRANT
     CLOSED:
       I checked the record. The only thing I saw regarding anything with your children and their custody is when you signed the release of information for GAL and when you discussed this situation with one of my co-workers lat Monday. There are no correspondence between MH and DSS listed anywhere. Jennifer McRant, LCSW

*[handwritten: INFO IN LIBRIAS PACKET WAS WRONG]*

---

Request Number:    295370     Status: CLOSED     Inmate Name:    DARRELL COOPER

Initial Location: 1 POD 3D 12 1      Current Location: 1 POD 4D 18 1

Inmate Number:    B83277      Inmate Secondary Number:

| Stamp | Action Detail | User |

02/20/2023 05:21 pm
     ORIGINAL REQUEST:
       Stressed out bad about my kids.. It's keeping me up at night. Still
02/21/2023 06:42 am          KWENZELL
     CLOSED:
       someone from MH will see you

| Request Number: | 294841 | Status: CLOSED | Inmate Name: | DARRELL COOPER |
|---|---|---|---|---|

Initial Location: 1 POD 3D 12 1    Current Location: 1 POD 4D 18 1

Inmate Number:    B83277    Inmate Secondary Number:

| Stamp | Action | Detail | User |
|---|---|---|---|

02/01/2023  11:18 am
    ORIGINAL REQUEST:
       In reference to your request as to how many copies I need : ...only 7.  Please and thank you

02/04/2023  12:26 am    CGLASSCOCK
    CLOSED:
       Mr. Cooper, the form will be filled out and brought to you to be signed on our next round.    -Ofc
    Glasscock

| Request Number: | 294863 | Status: CLOSED | Inmate Name: | DARRELL COOPER |
|---|---|---|---|---|

Initial Location: 1 POD 3D 12 1    Current Location: 1 POD 4D 18 1

Inmate Number:    · B83277    Inmate Secondary Number:

| Stamp | Action | Detail | User |
|---|---|---|---|

02/01/2023  04:09 pm
    ORIGINAL REQUEST:
       I never asked for copies... Only copies of the kiosk history and thread.

02/06/2023  10:36 am    CGLASSCOCK
    CLOSED:
       Mr. Cooper, you sent in two request to have copies made. Once on 11/9/2022 and then on 12/29/2022.  One asked for copies and a notary.  I made your copies but was unable to provide you with a notary at that time, but your copies were made for both request.       -Ofc Glasscock

| Request Number: | 294901 | Status: CLOSED | Inmate Name: | DARRELL COOPER |
|---|---|---|---|---|

Initial Location: 1 POD 3D 12 1    Current Location: 1 POD 4D 18 1

Inmate Number:    B83277    Inmate Secondary Number:

| Stamp | Action | Detail | User |
|---|---|---|---|

02/02/2023  02:08 pm
    ORIGINAL REQUEST:
       I'd like to see Ellerbee

02/06/2023  10:54 am    CGLASSCOCK
    CLOSED:
       He has been notified and he will be to speak with you.       -Ofc Glasscock

| Request Number: | 294999 | Status: CLOSED | Inmate Name: | DARRELL COOPER |
|---|---|---|---|---|

Initial Location: 1 POD 3D 12 1    Current Location: 1 POD 4D 18 1

Inmate Number:    B83277    Inmate Secondary Number:

| Stamp | Action | Detail | User |
|---|---|---|---|

02/06/2023  10:20 am
    ORIGINAL REQUEST:
       Need to talk to someone please

02/06/2023  10:48 am    SGUERRERO
    CLOSED:
       Hello Mr. Cooper. I will be up to see you today. Stefanie, LCSW-A

Request Number: 283454     Status: CLOSED     Inmate Name: DARRELL COOPER

Initial Location: 2 POD 5C 1       Current Location: 1 POD 4D 18 1

Inmate Number: B83277       Inmate Secondary Number:

Stamp    Action Detail                 User

05/22/2022 09:13 am
    ORIGINAL REQUEST:
       I would like to talk to someone please

05/22/2022 10:13 am                          PGRAY
    CLOSED:
       Hello Mr. Cooper, this is Pam Gray from the JMH team. I will come and see you today. Can you give me some more inofmtaion about what I can help you with?

---

Request Number: 283633     Status: CLOSED     Inmate Name: DARRELL COOPER

Initial Location: 2 POD 5C 1       Current Location: 1 POD 4D 18 1

Inmate Number: B83277       Inmate Secondary Number:

Stamp    Action Detail                 User

05/26/2022 10:35 am
    ORIGINAL REQUEST:
       Any new court Dates?

05/31/2022 10:51 am                       FMELVIN
    CLOSED:
       You do not have a new court date in the system.     (Ofc Melvin)

---

Request Number: 284111     Status: CLOSED     Inmate Name: DARRELL COOPER

Initial Location: 2 POD 5C 1       Current Location: 1 POD 4D 18 1

Inmate Number: B83277       Inmate Secondary Number:

Stamp    Action Detail                 User

06/06/2022 05:35 pm
    ORIGINAL REQUEST:
       Need to weight Myself. Please and ThankYou

06/06/2022 07:06 pm                      JWILSON
    RESPONSE:
       Hello, you will be added to the lsit for a weight check. Thank you!

06/06/2022 07:06 pm                      JWILSON
    CLOSED:
       <NO COMMENT GIVEN>

---

Request Number: 284363     Status: CLOSED     Inmate Name: DARRELL COOPER

Initial Location: 2 POD 5C 1       Current Location: 1 POD 4D 18 1

Inmate Number: B83277       Inmate Secondary Number:

Stamp    Action Detail                 User

06/12/2022 11:41 am
    ORIGINAL REQUEST:
       Sound in ear ... Ringing sound. WouLD like To Check Bloodpressure

06/12/2022 06:08 pm                      JWILSON
    RESPONSE:
       Hello, someone will come to check your blood pressure. Thank you.

06/12/2022 06:08 pm                      JWILSON
    CLOSED:
       <NO COMMENT GIVEN>

| Request Number: | 284735 | Status: CLOSED | Inmate Name: | DARRELL COOPER |

Initial Location: 2 POD 5C 1      Current Location: 1 POD 4D 18 1

Inmate Number:    B83277      Inmate Secondary Number:

| Stamp | Action | Detail | | User |
|---|---|---|---|---|

06/18/2022 09:31 am
    ORIGINAL REQUEST:
        Need to weight myself please and thank you

06/18/2022 10:07 am                           LCATES
    RESPONSE:
        Hello Mr.Cooper, you do not have a doctors order for your weight to be checked, therefore it will be a $20 charge if you would like your weight checked. Thank you

06/18/2022 06:33 pm                           JWILSON
    CLOSED:
        <NO COMMENT GIVEN>

---

| Request Number: | 284736 | Status: CLOSED | Inmate Name: | DARRELL COOPER |

Initial Location: 2 POD 5C 1      Current Location: 1 POD 4D 18 1

Inmate Number:    B83277      Inmate Secondary Number:

| Stamp | Action | Detail | | User |
|---|---|---|---|---|

06/18/2022 09:40 am
    ORIGINAL REQUEST:
        Ms Jackson.. Thank you for the clippers and showing the God in you yesterday. This is a place where complaints are frequent..so here's a complement that I'm sure... that's overdue.. Stay blessed

06/27/2022 11:40 am                           FMELVIN
    CLOSED:
        Your request was given to Sgt Jackson.    (Ofc Melvin)

---

| Request Number: | 284872 | Status: CLOSED | Inmate Name: | DARRELL COOPER |

Initial Location: 2 POD 5C 1      Current Location: 1 POD 4D 18 1

Inmate Number:    B83277      Inmate Secondary Number:

| Stamp | Action | Detail | | User |
|---|---|---|---|---|

06/22/2022 03:13 pm
    ORIGINAL REQUEST:
        I need a letter for my´sciatica to Continue using 2 Mattresses. Please and thank you

06/22/2022 04:57 pm                           JHENRY
    RESPONSE:
        Mr. Cooper sorry but I dont see any order for you to have the double mattress

06/22/2022 04:57 pm                           JHENRY
    CLOSED:
        <NO COMMENT GIVEN>

06/22/2022 05:36 pm
    INMATE APPEAL:
        How do I get one.. Please

06/23/2022 10:41 am                           MSLADE
    GROUP ASSIGNED CHANGED
    TO MEDICAL

06/23/2022 03:56 pm                           JWILSON
    RESPONSE:
        Seen on pod. Thank you!

06/23/2022 03:58 pm                           JWILSON
    CLOSED:
        <NO COMMENT GIVEN>

| Request Number: | 278602 | Status: CLOSED | Inmate Name: | DARRELL COOPER |

Initial Location: 2 POD 5C 1      Current Location: 1 POD 4D 18 1

Inmate Number:    B83277      Inmate Secondary Number:

| **Stamp** Action Detail | | | **User** | |

02/16/2022 09:49 am
    ORIGINAL REQUEST:
       Pending dates?

02/17/2022 04:16 pm                   JJACKSON
    CLOSED:
       I called today and i was informed that your charges are in superior court and at this time you do not have a new courtdate yet. Your charges went to superior court the week of the 7th

*(handwritten: WHAT ... week 7th ?!? of)*

---

| Request Number: | 279039 | Status: CLOSED | Inmate Name: | DARRELL COOPER |

Initial Location: 2 POD 5C 1      Current Location: 1 POD 4D 18 1

Inmate Number:    B83277      Inmate Secondary Number:

| **Stamp** Action Detail | | | **User** | |

02/23/2022 02:38 pm
    ORIGINAL REQUEST:
       Nasal pA**age blocked. Can't breathe through nose. Can't sleep.

02/23/2022 11:39 pm                   MSTEVENSON
    RESPONSE:
       pt seen on pod by nurse

02/23/2022 11:40 pm                   MSTEVENSON
    CLOSED:
       <NO COMMENT GIVEN>

---

| Request Number: | 279128 | Status: CLOSED | Inmate Name: | DARRELL COOPER |

Initial Location: 2 POD 5C 1      Current Location: 1 POD 4D 18 1

Inmate Number:    B83277      Inmate Secondary Number:

| **Stamp** Action Detail | | | **User** | |

02/24/2022 02:26 pm
    ORIGINAL REQUEST:
       Blood pressure was high last night according to nurse was told I would see someone today. Had blood in stool.

02/25/2022 07:21 am                   DHARRIS
    RESPONSE:
       seen

02/25/2022 07:22 am                   DHARRIS
    CLOSED:
       <NO COMMENT GIVEN>

---

| Request Number: | 279131 | Status: CLOSED | Inmate Name: | DARRELL COOPER |

Initial Location: 2 POD 5C 1      Current Location: 1 POD 4D 18 1

Inmate Number:    B83277      Inmate Secondary Number:

| **Stamp** Action Detail | | | **User** | |

02/24/2022 02:29 pm
    ORIGINAL REQUEST:
       Need low or no sodium tray. I have very high blood pressure as per nurse last night. ThankYou

02/25/2022 07:21 am                   DHARRIS
    RESPONSE:
       seen

Request Number:     276887          Status: CLOSED          Inmate Name:     DARRELL COOPER

Initial Location: 2 POD 5C 30 1                     Current Location: 1 POD 4D 18 1

Inmate Number:     B83277                    Inmate Secondary Number:

| Stamp | Action Detail | User |
|---|---|---|

01/10/2022  09:49 am
    ORIGINAL REQUEST:
      Thank you for your help last week
01/11/2022  11:35 am                    FMELVIN
    CLOSED:
      Youre welcome Mr Cooper.     (Ofc Melvin)

---

Request Number:     277685          Status: CLOSED          Inmate Name:     DARRELL COOPER

Initial Location: 2 POD 5C  1                     Current Location: 1 POD 4D 18 1

Inmate Number:     B83277                    Inmate Secondary Number:

| Stamp | Action Detail | User |
|---|---|---|

01/28/2022  09:45 am
    ORIGINAL REQUEST:
      I'd like a Bible
01/28/2022  01:30 pm                    JJACKSON
    USER ASSIGNED CHANGED
      FROM <UNASSIGNED> TO [FMELVIN] Melvin, F
01/31/2022  09:23 am                    FMELVIN
    CLOSED:
      Ok, I will bring you one.    (Ofc Melvin)

---

Request Number:     277927          Status: CLOSED          Inmate Name:     DARRELL COOPER

Initial Location: 2 POD 5C  1                     Current Location: 1 POD 4D 18 1

Inmate Number:     B83277                    Inmate Secondary Number:

| Stamp | Action Detail | User |
|---|---|---|

02/03/2022  09:22 am
    ORIGINAL REQUEST:
      Any future court dates
02/03/2022  03:12 pm                    JJACKSON
    CLOSED:
      Feb. 15th

---

Request Number:     278205          Status: CLOSED          Inmate Name:     DARRELL COOPER

Initial Location: 2 POD 5C  1                     Current Location: 1 POD 4D 18 1

Inmate Number:     B83277                    Inmate Secondary Number:

| Stamp | Action Detail | User |
|---|---|---|

02/09/2022  09:13 am
    ORIGINAL REQUEST:
      Thank you for my book
02/09/2022  10:02 am                    JJACKSON
    CLOSED:
      Your welcome

Case 1:23-cv-01055-TDS-JEP     Document 2     Filed 11/30/23     Page 35 of 37

| | |
|---|---|
| **From:** | Nicholson, Denine Y. <denine.nicholson@nccourts.org> |
| **Sent:** | Wednesday, May 3, 2023 1:18 PM |
| **To:** | Gray, Pamela B |
| **Cc:** | Malott, Christy A. |
| **Subject:** | D. Cooper |
| | |
| **Importance:** | High |

5/3/23

Ms. Gray,

I hope all is well. I am following up on a letter that was recently sent to me from the State Office penned by Mr. Cooper regarding his children. Our office represents his children in this juvenile matter. The role of the GAL is limited to advocacy on behalf of the children in the court process. Hence, any updates that he seeks regarding his children should be provided by the legal custodian – Department of Social Services.

If Mr. Cooper still desires to speak with our office, please provide times that could occur during normal business hours. I have copied our attorney advocate on this email.

Thanks,



**Denine Nicholson**
Guardian ad Litem **Supervisor**
District 14
Durham County Courthouse
510 S. Dillard St. 5th Floor
Durham, NC 27701
**North Carolina Judicial Branch**
Denine.Nicholson@nccourts.org
Denine.Nicholson@ncgalvolunteer.org
O 919-808-3294
F 919-808-3046
M 919-257-0522

*Be a voice for the children in our community*
www.VolunteerforGAL.org





Mr. Cooper. I
recieved this from the
Durham GAL office.
looks like there is not
much they can do...
my advice is to try to
contact your DBS
attorney...
                Pam Gray
                Jail Mental Heal

E-mail correspondence to and from this address may be subject to the
North Carolina public records laws and if so, may be disclosed.

**Caution:** Do not click links or open attachments unless you recognize the sender and know the content is safe.